# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Rebecca MARTINEZ,

Defendant.

Case No.: 26mj5355

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. §§ 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

On or about September 10, 2026, within the Southern District of California, defendant, Rebecca MARTINEZ, did knowingly and intentionally import 40 grams and more, to wit: approximately 65.70 grams (.145 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethly)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Edgar Aguirre
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of September 2026.

Allison H. Goddard

HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 10, 2026, at approximately 1:23 AM, Rebecca MARTINEZ, ("MARTINEZ"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry via the pedestrian lanes.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to MARTINEZ's groin area.

A Customs and Border Protection Officer ("CBPO") received two negative customs declarations from MARTINEZ. MARTINEZ stated she was crossing the border to go to Chula Vista, California. The CBPO received a computer-generated alert on MARTINEZ. MARTINEZ was referred for further inspection.

At secondary inspection, a CBPO performed a pat down on MARTINEZ which yielded negative results. MARTINEZ was then advised that a more thorough search was going to be performed due to the canine alert. Prior to the search, the CBPO asked MARTINEZ if she had anything concealed in her vagina or rectum area. MARTINEZ nodded up and down and pulled a small package out of her vagina. The CBPO performed another search on MARTINEZ which revealed no additional packages.

One package was recovered from MARTINEZ, with a total approximate weight of 65.70 grams (0.145 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of fentanyl.

MARTINEZ was placed under arrest at approximately 3:33 AM.

MARTINEZ was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.